THE STATE, on the Relation of ROBINSON, *v.* BURNSIDE and
Others.—In error.

 AN execution issued by a justice of the peace, reciting a *Wednesday,* judgment rendered by him for 102 dollars with interest and *December 17.* costs, was held to be valid. *The State, ex rel. Likens*, v. *Westbrook et al., May* term, 1844.